JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO MELETTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and, GROUP BASIC ACCIDENTAL DEATH AND DISMEMBERMENT PLAN FOR EMPLOYEES OF PBF ENERGY COMPANY, LLC, and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00649-FMO-KS<br><br>~~(PROPOSED)~~ ORDER GRANTING STIPULATION FOR DISMISSAL OF DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY *ONLY* WITH PREJUDICE |

Upon consideration of the parties' stipulation for dismissal, and good cause having been established, IT IS SO ORDERED THAT Defendant Hartford Life and Accident Insurance Company shall be dismissed from this action *with* prejudice, with the parties to bear their own respective attorneys' fees and costs. The Court previously dismissed Defendant Group Basic Accidental Death and

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-6644-7001 v1

CASE NO. 2:19-CV-00649 FMO-KS
(PROPOSED) ORDER RE STIPULATION TO
DISMISS HARTFORD *ONLY* WITH PREJUDICE

Dismemberment Plan for Employees of PBF Energy Company from this action *without* prejudice on March 25, 2019. (ECF No. 15)

IT IS SO ORDERED.

DATED: July 3, 2019

/s/
_____
Honorable Fernando M. Olquin
United States District ~~Court~~ Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-6644-7001 v1

- 2 -

CASE NO. 2:19-CV-00649 FMO-KS
(PROPOSED) ORDER RE STIPULATION TO
DISMISS HARTFORD *ONLY* WITH PREJUDICE